IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MASSOUD NASSERI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:07-CV-1895-K |
| | § | |
| MSS TRANSPORTATION, INC. | § | |
| d/b/a FREEDOM CAB, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Motion to remand (Doc. No. 8).  The Court **GRANTS** the motion and hereby **REMANDS** the case to the 14th Judicial District Court of Dallas County, Texas.  Pursuant to 28 U.S.C. § 1447(c) the Court remands the case because it lacks subject matter jurisdiction.  This remand is without prejudice to Defendants removing the case in the event that Plaintiff amends his pleadings to assert a federal cause of action in the future.  Plaintiff's request for attorney's fees is **DENIED**.

**SO ORDERED.**

Signed July 22nd, 2008.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE